**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

HAKAN DURANTAS, on behalf of himself and
all others similarly situated,

Plaintiffs,

-against-

BYWOOPS, LLC,

Defendant.

Case No: 1:24-cv-790

**STIPULATION OF DISMISSAL**
**WITHOUT PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant shall be and hereby is dismissed without prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS FURTHER AGREED by and between the parties and their respective counsel that this dismissal shall be deemed to be with prejudice after forty-five (45) days of its filing.

Dated:    Brooklyn, New York                New York, New York

**MARS KHAIMOV LAW, PLLC**          **SMITH GAMBRELL & RUSSELL, LLP**

By:  _____

_____
Mars Khaimov, Esq.
100 Duffy Ave., Suite 510
Hicksville, NY 11801
mars@khaimovlaw.com
*Attorneys for Plaintiff*

By: */s/ Daniel S. Goldstein*
Daniel S. Goldstein, Esq.
1301 Ave. of the Americas, 15th Floor
New York, NY 10019
dgoldstein@sgrlaw.com
*Attorneys for Defendant*